AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,

    Plaintiff(s)   )
           ) **APPEARANCE**
           )
    vs.     ) CASE NUMBER 1:08-CV-00389
COOKSON GROUP PLC, COOKSON AMERICA INC., )
FOSECO PLC, and FOSECO METALLURGICAL INC. )
    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lawrence Byrne__ as counsel in this
          (Attorney's Name)

case for: __Cookson Group plc and Cookson America Inc.__
     (Name of party or parties)

March 7, 2008
Date

_(signature)_
Signature

Lawrence Byrne
Print Name

1994193
BAR IDENTIFICATION

1345 Avenue of the Americas
Address

New York, New York  10105
City   State   Zip Code

212-903-9000
Phone Number