## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                **Plaintiff,**

        v.

COOKSON GROUP PLC,
COOKSON AMERICA INC.,
FOSECO PLC, and
FOSECO METALLURGICAL INC.,

                **Defendants.**

Civil Case No.: **1:08-CV-00389**

Filed: **March 7, 2008**

## MOTION TO ADMIT COUNSEL PRO HAC VICE

The undersigned attorney for defendants Cookson Group plc and Cookson America Inc. hereby respectfully moves this Court, pursuant to LCvR 83.2 of the Rules of the United States District Court for District of Columbia, for an Order allowing the admission of Thomas A. McGrath III, a member of the firm of Linklaters LLP, as attorney *pro hac vice* to argue or try the above-captioned case in whole or in part as counsel. A proposed order and the required declaration are attached hereto.

                Respectfully submitted,

                Lawrence Byrne
                Linklaters LLP
                1345 Avenue of the Americas
                New York, NY 10105
                www.linklaters.com
                212-903-9000

                *Counsel for Cookson Group plc and Cookson America Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Case No.: 1:08-CV-00389** |
| **COOKSON GROUP PLC,** | **Filed: March 7, 2008** |
| **COOKSON AMERICA INC.,** | |
| **FOSECO PLC, and** | |
| **FOSECO METALLURGICAL INC.,** | |
| **Defendants.** | |

**DECLARATION OF THOMAS A. MCGRATH III**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

1.    My full name is Thomas Aquinas McGrath III. I am a member of the law firm of Linklaters LLP.

2.    My office is located a 1345 Avenue of the Americas, New York, NY 10105, and my office telephone number is (212) 903-9000.

3.    I am a member in good standing of the bars of New York and Connecticut. I am also admitted to practice in the United States District Courts for the Southern District of New York and the District of Connecticut.

4.    There are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.    I have not been admitted to practice *pro hac vice* before this Court within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2008

Thomas A. McGrath III
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
www.linklaters.com
212-903-9000

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        **Plaintiff,**

              **v.**

COOKSON GROUP PLC,
COOKSON AMERICA INC.,
FOSECO PLC, and
FOSECO METALLURGICAL INC.,

                    **Defendants.**

**Civil Case No.: 1:08-CV-00389**

-----------------------------------------------------------------

### ORDER

The motion to admit Thomas A. McGrath III as counsel *pro hac vice* in the above captioned matter is GRANTED. The admitted attorney, Thomas A. McGrath III, is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants Cookson Group plc and Cookson America Inc. in accordance with LCvR 83.2.

Dated:

                                      _____
                                      Judge Ricardo M. Urbina
                                      United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 7, 2008, I caused a true and correct copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE, as well as the accompanying declaration and proposed order, to be filed electronically with the Clerk of the Court on the ECF system. The document is available for reviewing and downloading on the ECF system. I also certify that I caused a copy of the foregoing to be served by First Class mail upon the attorneys identified below:

Leslie D. Peritz, Esq.
United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530

*Attorney for Plaintiff*

Anthony Swisher, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Attorney for Foseco plc and Foseco Metallurgical Inc.*

Lawrence Byrne