IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x

**UNITED STATES OF AMERICA,**

                     **Plaintiff,**

         v.

**COOKSON GROUP PLC,
COOKSON AMERICA INC.,
FOSECO PLC, and
FOSECO METALLURGICAL INC.,**

                     **Defendants.**

Civil Case No.: 1:08-CV-00389

Filed: March 14, 2008

---------------------------------------------------------------

**<u>DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1 AND
LCVR 7.1 OF THE RULES OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1 of the Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Defendants Cookson Group plc and Cookson America Inc., certify that to the best of my knowledge and belief:

1.      Cookson Group plc is a publicly-traded company listed on the London Stock Exchange. No publicly-held company owns 10 percent or more of its stock.

2.      Through various affiliates, Cookson America, Inc. is a wholly-owned, indirect subsidiary of Cookson Group plc.

3.      EI Liquidation, Inc., a wholly-owned subsidiary of Cookson America Inc., holds equity interests in two joint ventures, Meltex Incorporated and Grauer & Weil (India) Limited, both of which have outstanding securities in the hands of the public.

      4.      Vesuvius Group Limited, a wholly-owned, indirect subsidiary of Cookson Group plc, holds a majority interest in Vesuvius India Limited. Most of the remainder of the stock of Vesuvius India Limited is held by Indian public investors (44.07%).

Dated:    March 14, 2008

                                  Respectfully submitted,

                                  LINKLATERS LLP

                                  By:  /s/ Lawrence Byrne
                                  Lawrence Byrne
                                  Thomas A. McGrath (*pro hac vice* admission pending)

                                  1345 Avenue of the Americas
                                  New York, NY 10105
                                  www.linklaters.com
                                  212-903-9000

                                  *Counsel for Defendants Cookson Group plc and Cookson America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2008, I caused a true and correct copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1 AND LCVR 7.1 OF THE RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA to be filed electronically with the Clerk of the Court on the ECF system. The document is available for reviewing and downloading on the ECF system. I further certify that, on March 14, 2008, I caused a true and correct copy of the foregoing to be served by U.S. Mail upon the attorneys identified below:

Leslie D. Peritz, Esq.
United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530

*Attorney for Plaintiff*

Anthony Swisher, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Attorney for Foseco plc and Foseco Metallurgical Inc.*

                    /s/ Lawrence Byrne
                    Lawrence Byrne