IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

COOKSON GROUP PLC,
COOKSON AMERICA INC.,
FOSECO PLC, and
FOSECO METALLURGICAL INC.,

        Defendants.

Civil Case No.: 1:08-CV-00389

Filed: March 14, 2008

---

### DESCRIPTION AND CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS OF DEFENDANTS COOKSON GROUP PLC AND COOKSON AMERICA INC. CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendants Cookson Group plc and Cookson America Inc. (collectively, "Cookson"), by their attorneys, submit the following description and certification of all written or oral communications by or on behalf of Cookson with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on March 4, 2004. In accordance with Section 2(g), the description excludes communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

I    Description

    Cookson has no oral or written communications to report.

II      Certification

Cookson certifies that the requirements of Section 2(g) have been complied with, and that the description above of communications by or on behalf of Cookson, known to Cookson (or which Cookson reasonably should have known), and is required to be reported under Section 2(g) is true and complete.

Dated:      March 14, 2008

>                   Respectfully submitted,
>
>                   LINKLATERS LLP
>
>                   By:   /s/ Lawrence Byrne
>                   Lawrence Byrne
>                   Thomas A. McGrath (*pro hac vice* admission pending)
>
>                   1345 Avenue of the Americas
>                   New York, NY  10105
>                   www.linklaters.com
>                   212-903-9000
>
>                   *Counsel for Defendants Cookson Group plc and Cookson America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2008, I caused a true and correct copy of the foregoing DESCRIPTION AND CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS OF DEFENDANTS COOKSON GROUP PLC AND COOKSON AMERICA INC. CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION to be filed electronically with the Clerk of the Court on the ECF system. The document is available for reviewing and downloading on the ECF system. I further certify that, on March 14, 2008, I caused a true and correct copy of the foregoing to be served by U.S. Mail upon the attorneys identified below:

Leslie D. Peritz, Esq.
United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530

*Attorney for Plaintiff*

Anthony Swisher, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Attorney for Foseco plc and Foseco Metallurgical Inc.*

/s/ Lawrence Byrne

Lawrence Byrne