UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COOKSON GROUP PLC,<br>COOKSON AMERICA INC.,<br>FOSECO PLC, and<br>FOSECO METALLURGICAL INC.,<br><br>Defendants. | CASE NO.: **08 0389**<br><br>JUDGE:<br><br>DECK TYPE: Antitrust<br><br>DATE STAMP: **FILED**<br><br>**MAR 2 0 2008**<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**PLAINTIFF UNITED STATES'
EXPLANATION OF CONSENT DECREE PROCEDURES**

Plaintiff United States of America ("United States") submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment. This Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. §§ 16(b)-(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

1. Today, the United States has filed a Complaint, Hold Separate Stipulation and Order, proposed Final Judgment, and Competitive Impact Statement. The parties have agreed that the Court may enter the proposed Final Judgment following compliance with the APPA.

2. The APPA requires that the United States publish the proposed Final Judgment and Competitive Impact Statement in the *Federal Register* and in certain newspapers at least sixty (60) days prior to entry of the proposed Final Judgment. The notice will inform members

of the public that they may submit comments about the proposed Final Judgment to the United States Department of Justice, Antitrust Division (*see* 15 U.S.C. §§ 16(b)-(c)).

3. During the sixty-day period, the United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and the United States' responses in the *Federal Register*.

4. After the expiration of the sixty-day period, the United States will file with the Court the comments and the United States' responses, and it may ask the Court to enter the proposed Final Judgment (unless the United States has decided to withdraw its consent to entry of the Final Judgment, as permitted by paragraph IV(A) of the Hold Separate Stipulation and Order, *see* 15 U.S.C. § 16(d)).

5. If the United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. §§ 16(e)-(f), then the Court may enter the Final

Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

Dated: March 4, 2008                              Respectfully submitted,

PLAINTIFF UNITED STATES OF AMERICA:

*/s/ Leslie Peritz*
Leslie Peritz
Helena Gardner
Attorneys
U.S. Department of Justice
Antitrust Division
Litigation II Section
1401 H Street, N.W.
Suite 3000
Washington, D.C. 20530
Tel: (202) 307-0924)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COOKSON GROUP PLC,<br>COOKSON AMERICA INC.,<br>FOSECO PLC, and<br>FOSECO METALLURGICAL INC.,<br><br>Defendants. | CASE NO.:<br><br>JUDGE:<br><br>DECK TYPE: Antitrust<br><br>DATE STAMP: |

## CERTIFICATE OF SERVICE

I, Leslie D. Peritz, hereby certify that on March 4, 2008, I caused a copy of the foregoing Explanation of Consent Decree Procedures to be served upon defendants COOKSON GROUP PLC and COOKSON AMERICA INC. and FOSECO PLC and FOSECO METALLURGICAL INC., by mailing the document electronically to the duly authorized legal representatives of defendants as follows:

Counsel for COOKSON GROUP PLC
and COOKSON AMERICA INC.:

Thomas A. McGrath, Esquire
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
(212)903-9140

Counsel for FOSECO PLC
and FOSECO METALLURGICAL INC:

Anthony Swisher, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202 887-4263

Leslie D. Peritz
PA Bar No. 87539
Attorney
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3000
Washington, D.C. 20530
(202) 307-0924