IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>COOKSON GROUP PLC, et al.,<br><br>                Defendants. | Civil Action No. 1:08-cv-00389 |

### ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS

To the Clerk of this court and all parties of record:

Please enter the appearance of Daniel F. McInnis (D.C. Bar No. 452452) as counsel in this case for Defendants Foseco plc and Foseco Metallurgical Inc.

Dated: March 21, 2008

                                                Respectfully submitted,

                                                /s/ Daniel F. McInnis

                                                Daniel F. McInnis
                                                Akin Gump Strauss Hauer & Feld LLP
                                                1333 New Hampshire Avenue, N.W.
                                                Washington, DC  20036
                                                202-887-4000

                                                *Counsel for Defendants Foseco PLC*
                                                *and Foseco Metallurgical Inc.*

CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2008, I caused a true and correct copy of the foregoing Entry of Appearance of Daniel F. McInnis to be served by U.S. Mail upon the attorneys identified below:

Leslie D. Peritz, Esq.
United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, DC 20530

*Attorney for Plaintiff*

Thomas A. McGrath
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

*Attorney for Defendants Cookson Group plc and Cookson America Inc.*

_____
Daniel F. McInnis