IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,                 )<br>                                                                  )<br>                                  Plaintiff,           )<br>                                                                  )<br>                        v.                                      )<br>                                                                  )<br>COOKSON GROUP PLC, et al.,            )<br>                                                                  )<br>                                  Defendants.     )<br>_____) | Civil Action No. 1:08-cv-00389 |

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS

To the Clerk of this court and all parties of record:

Please enter the appearance of Anthony W. Swisher (D.C. Bar No. 451791) as counsel in this case for Defendants Foseco plc and Foseco Metallurgical Inc.

Dated: March 21, 2008

Respectfully submitted,

_____
Daniel F. McInnis
Anthony W. Swisher
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
202-887-4000

*Counsel for Defendants Foseco PLC
and Foseco Metallurgical Inc.*

CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2008, I caused a true and correct copy of the foregoing Entry of Appearance of Anthony W. Swisher to be served by U.S. Mail upon the attorneys identified below:

| | |
|---|---|
| Leslie D. Peritz, Esq.<br>United States Department of Justice<br>Antitrust Division, Litigation II Section<br>1401 H Street, N.W., Suite 3000<br>Washington, DC 20530<br><br>*Attorney for Plaintiff* | Thomas A. McGrath<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br><br>*Attorney for Defendants Cookson Group plc and Cookson America Inc.* |

_____
Daniel F. McInnis