IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COOKSON GROUP PLC, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:08-cv-00389 |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR
<u>THE DISTRICT OF COLUMBIA</u>**

I, the undersigned, counsel of record for Defendants Foseco plc and Foseco Metallurgical Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Foseco plc and Foseco Metallurgical Inc. which have any outstanding securities in the hands of the public:

Foseco plc
Foseco India Limited

These representations are made in order that judges of this court may determine the need for recusal.

1

Dated: March 21, 2008

Respectfully submitted,

/s/ Daniel F. McInnis
_____
Daniel F. McInnis
Anthony W. Swisher
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
202-887-4000

*Counsel for Defendants Foseco PLC and Foseco Metallurgical Inc.*

CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2008, I caused a true and correct copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia to be served by U.S. Mail upon the attorneys identified below:

Leslie D. Peritz, Esq.
United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, DC  20530

*Attorney for Plaintiff*

Thomas A. McGrath
Linklaters LLP
1345 Avenue of the Americas
New York, NY  10105

*Attorney for Defendants Cookson Group plc and Cookson America Inc.*

_____
Daniel F. McInnis