IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                          Plaintiff,       )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>COOKSON GROUP PLC, et al.,       )<br>                                                          )<br>                          Defendants.  )<br>                                                          ) | Civil Action No. 1:08-cv-00389 |

### DESCRIPTION AND CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS OF DEFENDANTS FOSECO PLC AND FOSECO METALLURGICAL INC. CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendants Foseco plc and Foseco Metallurgical Inc. (collectively, "Foseco"), by their attorneys, submit the following description and certification of all written or oral communications by or on behalf of Foseco with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on March 4, 2008. In accordance with Section 2(g), the description excludes communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

Foseco has no oral or written communications to report.

Pursuant to the requirements of Section 2(g), Foseco certifies that the description above of communications by or on behalf of Foseco, known to Foseco (or which Foseco

1

reasonably should have known), and is required to be reported under Section 2(g) is true and complete.

Dated: March 21, 2008

Respectfully submitted,

Daniel F. McInnis
Anthony W. Swisher
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
202-887-4000

*Counsel for Defendants Foseco PLC and Foseco Metallurgical Inc.*

CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2008, I caused a true and correct copy of the foregoing Description and Certification of Written or Oral Communications of Defendants Foseco Plc and Foseco Metallurgical Inc. Concerning the Proposed Final Judgment in this Action to be served by U.S. Mail upon the attorneys identified below:

Leslie D. Peritz, Esq.
United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, DC 20530

*Attorney for Plaintiff*

Thomas A. McGrath
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

*Attorney for Defendants Cookson Group plc and Cookson America Inc.*

_____
Daniel F. McInnis